Florida Department of Agriculture and Consumer Services
Division of Food Safety

# FOOD SAFETY INSPECTION REPORT

Chapter 500, Florida Statutes
(850) 245-5520

**WILTON SIMPSON**
**COMMISSIONER**

Visit #: 9999-7182-2342-40
Bureau of Food Inspection
Attention: Business Center
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

| | | | |
|---|---|---|---|
| Name: | Just Brands Llc | Establishment #: | 392183 |
| Owner: | Just Brands Llc | Date of Visit: | October 31, 2023 |
| Type: | Dry Storage | Inspected By: | FREDA HADID, NOVELETTE WILLIAMS |
| Address: | 3406 SW 26th Ter Ste C1 Fort Lauderdale, FL 33312-5002 | | |

## INSPECTION SUMMARY - Focused Inspection

A Focused Inspection is a visit focused on a specific task that does not constitute an inspection and will not result in an inspection summary.

## NOTICE OF FEES

To review your account balance or to renew your permit, please visit our Food Permit Center at https://FoodPermit.FDACS.gov.

## OBSERVATIONS AND CORRECTIVE ACTIONS

COS = Corrected on Site
P = Priority Citation (Directly Associated with Foodborne Illnesses)
Pf = Priority Foundation Citation (Supports or Leads to a Priority)

### INSPECTION: HEMP MANUFACTURING

| Violation No. | Citation Description and Observation | COS |
|---|---|---|
| 77 | **Citation Description:** Distribution or sale of a hemp extract that is attractive to children in violation of s. 581.217(7)(e), F.S. The hemp extract product, or the package, label, or advertisement for the product, is in the shape of humans, cartoons, or animals; or bears any reasonable resemblance to an existing candy product that is familiar to the public as a widely distributed, branded food product such that a product could be mistaken for the branded product, especially by children; or the product contains any color additives.<br>**Observation:** Specifically; Found Hemp extract products attractive to children in the shape of animals or cartoons. Gummies and Vapes products that consist of CBD, D-8, D-9, HHC, CBN, HHCO, THCP, CBG | ☐ |

A Supplemental Report was also issued during the visit which includes important information for management.

## COMMENTS

A copy of this report has been provided to the person in charge of the food establishment and will be available online at https://foodpermit.fdacs.gov/Reports/SearchFoodEntity.aspx.

_signature_
FREDA HADID, ENVIRONMENTAL SPECIALIST II

_signature_ Novelette Williams-Brown, Environmental Specialist II
Name and Title of Whom This Report was Issued

Florida Department of Agriculture and Consumer Services
Division of Food Safety

**FOOD SAFETY INSPECTION SUPPLEMENTAL REPORT**

Florida Statues. Chapter 500.172, 500.174
(850) 245-5520

Date of Food Inspection
Attention: Business Center
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

WILTON SIMPSON
**COMMISSIONER**

Visit #: 99997182234240

| | |
|---|---|
| Food Entity #: | 392183 |
| Food Entity Name: | JUST BRANDS LLC |
| Date Of Visit: | October 31, 2023 |
| Inspected By: | FREDA HADID |
| Food Entity Location Address: | 3406 SW 26th Ter Ste C1 Fort Lauderdale, FL 33312-5002 |
| Food Entity Mailing Address: | 3406 SW 26TH TER C1-5 FORT LAUDERDALE, FL 33312 |
| Food Entity Type/Description: | 224/Dry Storage |
| Food Entity Owner: | JUST BRANDS LLC |

**STOP SALE ORDER**

SUPPLEMENTAL KEY #: 333805

You are hereby ordered to withhold from movement, sale or use subject to further instructions from an authorized agent of the Florida Department of Agriculture and Consumer Services, the goods or equipment listed below.

Article: AISLE A-11
Brand Name: Just Brands LLC.
Lot #:        # Of Pkgs:        Size Of Pkg:        Total Weight:
                                                    Invoice #:
                                                    Invoice Date:

Manufacturer:
Distributor: Just Brands LLC.

The primary reason and condition that caused the product or equipment stop sale or stop use and determined to be Attractive to Children was: FS 581.217 Distribution and Retail Sale of Hemp Extract. * Attractive to Children.

Comments: To request a Food Safety Inspector visit for written release when appropriate documentation has been obtained, contact the Business Center at (850) 245-5520 or FoodSafety@FDACS.gov.

Florida Department of Agriculture and Consumer Services
Division of Food Safety

Attention: Business Center
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

**WILTON SIMPSON**
**COMMISSIONER**

# FOOD SAFETY INSPECTION SUPPLEMENTAL REPORT

Florida Statues. Chapter 500.172, 500.174
(850) 245-5520

Visit #: 99997182234240

| | |
|---|---|
| Food Entity #: | 392183 |
| Food Entity Name: | JUST BRANDS LLC |
| Date Of Visit: | October 31, 2023 |
| Inspected By: | FREDA HADID |
| Food Entity Location Address: | 3406 SW 26th Ter Ste C1 Fort Lauderdale, FL 33312-5002 |
| Food Entity Mailing Address: | 3406 SW 26TH TER C1-5 FORT LAUDERDALE, FL 33312 |
| Food Entity Type/Description: | 224/Dry Storage |
| Food Entity Owner: | JUST BRANDS LLC |

**STOP SALE ORDER**

**SUPPLEMENTAL KEY #:** 333805

You are hereby ordered to withhold from movement, sale or use subject to further instructions from an authorized agent of the Florida Department of Agriculture and Consumer Services, the goods or equipment listed below.

Article: AISLE B-11 CBD Vapes
Brand Name: Just Brands LLC
Lot #:   # Of Pkgs:   Size Of Pkg:   Total Weight:
Invoice #:
Invoice Date:

Manufacturer:
Distributor: Just Brands LLC

The primary reason and condition that caused the product or equipment stop sale or stop use and determined to be Attractive to Children was: FS 581.217 Distribution and Retail Sale of Hemp Extract. * Attractive to Children.

Comments: To request a Food Safety Inspector visit for written release when appropriate documentation has been obtained, contact the Business Center at (850) 245-5520 or FoodSafety@FDACS.gov.

Florida Department of Agriculture and Consumer Services
Division of Food Safety

Attention: Business Center
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

**WILTON SIMPSON**
**COMMISSIONER**

# FOOD SAFETY INSPECTION SUPPLEMENTAL REPORT

Florida Statues. Chapter 500.172, 500.174
(850) 245-5520

Visit #: 99997182234240

| | |
|---|---|
| Food Entity #: | 392183 |
| Food Entity Name: | JUST BRANDS LLC |
| Date Of Visit: | October 31, 2023 |
| Inspected By: | FREDA HADID |
| Food Entity Location Address: | 3406 SW 26th Ter Ste C1 Fort Lauderdale, FL 33312-5002 |
| Food Entity Mailing Address: | 3406 SW 26TH TER C1-5 FORT LAUDERDALE, FL 33312 |
| Food Entity Type/Description: | 224/Dry Storage |
| Food Entity Owner: | JUST BRANDS LLC |

**STOP SALE ORDER**

SUPPLEMENTAL KEY #: 333805

You are hereby ordered to withhold from movement, sale or use subject to further instructions from an authorized agent of the Florida Department of Agriculture and Consumer Services, the goods or equipment listed below.

Article: AISLE J-11 to J-81
Brand Name: Just Brands LLC
Lot #:    # Of Pkgs:    Size Of Pkg:    Total Weight:
Invoice #:
Invoice Date:

Manufacturer:
Distributor: Just Brands LLC.

The primary reason and condition that caused the product or equipment stop sale or stop use and determined to be Attractive to Children was: FS 581.217 Distribution and Retail Sale of Hemp Extract. * Attractive to Children.

Comments: To request a Food Safety Inspector visit for written release when appropriate documentation has been obtained, contact the Business Center at (850) 245-5520 or FoodSafety@FDACS.gov.

Florida Department of Agriculture and Consumer Services
Division of Food Safety

Attention: Business Center
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

**WILTON SIMPSON**
**COMMISSIONER**

# FOOD SAFETY INSPECTION SUPPLEMENTAL REPORT

Florida Statues. Chapter 500.172, 500.174
(850) 245-5520

Visit #: 99997182234240

| | |
|---|---|
| Food Entity #: | 392183 |
| Food Entity Name: | JUST BRANDS LLC |
| Date Of Visit: | October 31, 2023 |
| Inspected By: | FREDA HADID |
| Food Entity Location Address: | 3406 SW 26th Ter Ste C1 Fort Lauderdale, FL 33312-5002 |
| Food Entity Mailing Address: | 3406 SW 26TH TER C1-5 FORT LAUDERDALE, FL 33312 |
| Food Entity Type/Description: | 224/Dry Storage |
| Food Entity Owner: | JUST BRANDS LLC |

**STOP SALE ORDER**

SUPPLEMENTAL KEY #: 333805

You are hereby ordered to withhold from movement, sale or use subject to further instructions from an authorized agent of the Florida Department of Agriculture and Consumer Services, the goods or equipment listed below.

Article: AISLE K-11 to K-81
Brand Name: Just Brands LLC.
Lot #:      # Of Pkgs:      Size Of Pkg:      Total Weight:
                                              Invoice #:
                                              Invoice Date:

Manufacturer:
Distributor: Just Brands LLC

The primary reason and condition that caused the product or equipment stop sale or stop use and determined to be Attractive to Children was: FS 581.217 Distribution and Retail Sale of Hemp Extract. * Attractive to Children.

Comments: To request a Food Safety Inspector visit for written release when appropriate documentation has been obtained, contact the Business Center at (850) 245-5520 or FoodSafety@FDACS.gov.

Florida Department of Agriculture and Consumer Services
Division of Food Safety

Attention: Business Center
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

**WILTON SIMPSON**
**COMMISSIONER**

# FOOD SAFETY INSPECTION SUPPLEMENTAL REPORT

Florida Statues. Chapter 500.172, 500.174
(850) 245-5520

Visit #: 99997182234240

| | |
|---|---|
| Food Entity #: | 392183 |
| Food Entity Name: | JUST BRANDS LLC |
| Date Of Visit: | October 31, 2023 |
| Inspected By: | FREDA HADID |
| Food Entity Location Address: | 3406 SW 26th Ter Ste C1 Fort Lauderdale, FL 33312-5002 |
| Food Entity Mailing Address: | 3406 SW 26TH TER C1-5 FORT LAUDERDALE, FL 33312 |
| Food Entity Type/Description: | 224/Dry Storage |
| Food Entity Owner: | JUST BRANDS LLC |

**STOP SALE ORDER**

SUPPLEMENTAL KEY #: 333805

You are hereby ordered to withhold from movement, sale or use subject to further instructions from an authorized agent of the Florida Department of Agriculture and Consumer Services, the goods or equipment listed below.

Article: AISLE E-11 TO E-81
Brand Name: Just Brands LLC
Lot #:    # Of Pkgs:    Size Of Pkg:    Total Weight:
Invoice #:
Invoice Date:

Manufacturer:
Distributor: Just Brands LLC.

The primary reason and condition that caused the product or equipment stop sale or stop use and determined to be Attractive to Children was: FS 581.217 Distribution and Retail Sale of Hemp Extract. * Attractive to Children.

Comments: To request a Food Safety Inspector visit for written release when appropriate documentation has been obtained, contact the Business Center at (850) 245-5520 or FoodSafety@FDACS.gov.

Florida Department of Agriculture and Consumer Services
Division of Food Safety

2023 Food Inspection
Attention: Business Center
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

**WILTON SIMPSON**
**COMMISSIONER**

# FOOD SAFETY INSPECTION SUPPLEMENTAL REPORT

Florida Statues. Chapter 500.172, 500.174
(850) 245-5520

Visit #: 99997182234240

| | |
|---|---|
| Food Entity #: | 392183 |
| Food Entity Name: | JUST BRANDS LLC |
| Date Of Visit: | October 31, 2023 |
| Inspected By: | FREDA HADID |
| Food Entity Location Address: | 3406 SW 26th Ter Ste C1 Fort Lauderdale, FL 33312-5002 |
| Food Entity Mailing Address: | 3406 SW 26TH TER C1-5 FORT LAUDERDALE, FL 33312 |
| Food Entity Type/Description: | 224/Dry Storage |
| Food Entity Owner: | JUST BRANDS LLC |

**STOP SALE ORDER**

SUPPLEMENTAL KEY #: 333805

You are hereby ordered to withhold from movement, sale or use subject to further instructions from an authorized agent of the Florida Department of Agriculture and Consumer Services, the goods or equipment listed below.

Article: AISLE F-11 TO F-81
Brand Name: Just Brands LLC.
Lot #:            # Of Pkgs:              Size Of Pkg:                    Total Weight:
                                                                          Invoice #:
                                                                          Invoice Date:

Manufacturer:
Distributor: Just Brands LLC

The primary reason and condition that caused the product or equipment stop sale or stop use and determined to be Attractive to Children was: FS 581.217 Distribution and Retail Sale of Hemp Extract. * Attractive to Children.

Comments: To request a Food Safety Inspector visit for written release when appropriate documentation has been obtained, contact the Business Center at (850) 245-5520 or FoodSafety@FDACS.gov.

Florida Department of Agriculture and Consumer Services
Division of Food Safety

Date of Inspection
Attention: Business Center
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

**WILTON SIMPSON**
**COMMISSIONER**

# FOOD SAFETY INSPECTION SUPPLEMENTAL REPORT

Florida Statues. Chapter 500.172, 500.174
(850) 245-5520

Visit #: 99997182234240

| | |
|---|---|
| Food Entity #: | 392183 |
| Food Entity Name: | JUST BRANDS LLC |
| Date Of Visit: | October 31, 2023 |
| Inspected By: | FREDA HADID |
| Food Entity Location Address: | 3406 SW 26th Ter Ste C1 Fort Lauderdale, FL 33312-5002 |
| Food Entity Mailing Address: | 3406 SW 26TH TER C1-5 FORT LAUDERDALE, FL 33312 |
| Food Entity Type/Description: | 224/Dry Storage |
| Food Entity Owner: | JUST BRANDS LLC |

**STOP SALE ORDER**

SUPPLEMENTAL KEY #: 333805

You are hereby ordered to withhold from movement, sale or use subject to further instructions from an authorized agent of the Florida Department of Agriculture and Consumer Services, the goods or equipment listed below.

Article: AISLE G-11 TO G-81
Brand Name: Just Brands LLC.
Lot #:        # Of Pkgs:        Size Of Pkg:        Total Weight:
                                                    Invoice #:
                                                    Invoice Date:

Manufacturer:
Distributor:   Just Brands LLc.

The primary reason and condition that caused the product or equipment stop sale or stop use and determined to be Attractive to Children was: FS 581.217 Distribution and Retail Sale of Hemp Extract. * Attractive to Children.

Comments: To request a Food Safety Inspector visit for written release when appropriate documentation has been obtained, contact the Business Center at (850) 245-5520 or FoodSafety@FDACS.gov.

Florida Department of Agriculture and Consumer Services
Division of Food Safety

Attention: Business Center
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

**WILTON SIMPSON**
**COMMISSIONER**

# FOOD SAFETY INSPECTION SUPPLEMENTAL REPORT

Florida Statues. Chapter 500.172, 500.174
(850) 245-5520

Visit #: 99997182234240

| | |
|---|---|
| Food Entity #: | 392183 |
| Food Entity Name: | JUST BRANDS LLC |
| Date Of Visit: | October 31, 2023 |
| Inspected By: | FREDA HADID |
| Food Entity Location Address: | 3406 SW 26th Ter Ste C1 Fort Lauderdale, FL 33312-5002 |
| Food Entity Mailing Address: | 3406 SW 26TH TER C1-5 FORT LAUDERDALE, FL 33312 |
| Food Entity Type/Description: | 224/Dry Storage |
| Food Entity Owner: | JUST BRANDS LLC |

**STOP SALE ORDER**

SUPPLEMENTAL KEY #: 333805

You are hereby ordered to withhold from movement, sale or use subject to further instructions from an authorized agent of the Florida Department of Agriculture and Consumer Services, the goods or equipment listed below.

Article: AISLE H-11 to H-81
Brand Name: Just Brands LLC.
Lot #:        # Of Pkgs:        Size Of Pkg:        Total Weight:
                                                    Invoice #:
                                                    Invoice Date:

Manufacturer:
Distributor: Just Brands LLC.

The primary reason and condition that caused the product or equipment stop sale or stop use and determined to be Attractive to Children was: FS 581.217 Distribution and Retail Sale of Hemp Extract. * Attractive to Children.

Comments: To request a Food Safety Inspector visit for written release when appropriate documentation has been obtained, contact the Business Center at (850) 245-5520 or FoodSafety@FDACS.gov.

Florida Department of Agriculture and Consumer Services
Division of Food Safety

Bureau of Food Inspection
Attention: Business Center
3125 Conner Boulevard, C-26
Tallahassee, FL 32399-1650

**FOOD SAFETY INSPECTION SUPPLEMENTAL REPORT**

Florida Statues. Chapter 500.172, 500.174
(850) 245-5520

**WILTON SIMPSON**
**COMMISSIONER**

Visit #: 99997182234240

| | |
|---|---|
| Food Entity #: | 392183 |
| Food Entity Name: | JUST BRANDS LLC |
| Date Of Visit: | October 31, 2023 |
| Inspected By: | FREDA HADID |
| Food Entity Location Address: | 3406 SW 26th Ter Ste C1 Fort Lauderdale, FL 33312-5002 |
| Food Entity Mailing Address: | 3406 SW 26TH TER C1-5 FORT LAUDERDALE, FL 33312 |
| Food Entity Type/Description: | 224/Dry Storage |
| Food Entity Owner: | JUST BRANDS LLC |

**STOP SALE ORDER**

SUPPLEMENTAL KEY #: 333805

You are hereby ordered to withhold from movement, sale or use subject to further instructions from an authorized agent of the Florida Department of Agriculture and Consumer Services, the goods or equipment listed below.

Article: AISLE I-11 TO I-81
Brand Name: Just Brands LLC.
Lot #:           # Of Pkgs:           Size Of Pkg:           Total Weight:
                                                             Invoice #:
                                                             Invoice Date:

Manufacturer:
Distributor: Just Brands LLC.

The primary reason and condition that caused the product or equipment stop sale or stop use and determined to be Attractive to Children was: FS 581.217 Distribution and Retail Sale of Hemp Extract. * Attractive to Children.

Comments: To request a Food Safety Inspector visit for written release when appropriate documentation has been obtained, contact the Business Center at (850) 245-5520 or FoodSafety@FDACS.gov.

When the department or its duly authorized agent finds, or has probable cause to believe, that any food or food-processing equipment is in violation of this chapter or any rule adopted under this chapter so as to be dangerous, unwholesome, fraudulent, or insanitary within the meaning of this chapter, an agent of the department may issue and enforce a stop-sale, stop-use, removal, or hold order, which order gives notice that such article or processing equipment is, or is suspected of being, in violation and has been detained or embargoed and which order warns all persons not to remove, use, or dispose of such article or processing equipment by sale or otherwise until permission for removal, use, or disposal is given by the department or the court. It is unlawful for any person to remove, use, or dispose of such detained or embargoed article or processing equipment by sale or otherwise without such permission in accordance with 500.172 (1) Florida Statutes.

**AN ADMINISTRATIVE HEARING IS AVAILABLE FOR ALL ORDERS, NOTICES, AND REPORTS IN THIS SUPPLEMENTAL REPORT**

If you wish to contest the Department's action, you have the right to request an administrative hearing to be conducted in accordance with Sections 120.569 and 120.57, Florida Statutes and to be represented by counsel or other qualified representative. Your request for hearing must contain:

1. Your name, address, and telephone number, and facsimile number (if any).

2. The name, address, and telephone number, and facsimile number of your attorney or qualified representative (if any) upon whom service of pleadings and other papers shall be made.

3. A statement that you are requesting an administrative hearing and dispute the material facts alleged by the department, in which case you must identify the material facts that are in dispute (formal hearing), or that you request an administrative hearing and that you do not dispute the facts alleged by the department (informal hearing).

4. A statement of when (date) you received the Notice and the file number of this Notice.

Your request for a hearing must be received at the address shown on this Notice within twenty-one (21) days of receipt of this Notice. If you fail to obtain a Release from this Notice or fail to request an administrative hearing within the twenty-one (21) day deadline you waive your right to a hearing and the Department may enter a Final Order imposing up to the maximum penalties as authorized by Florida Law.

**HEARING WAIVER AND WAIVER OF RIGHTS ON DESTROYED PRODUCTS**

I, __Brett Sandman_____ the person in charge of JUST BRANDS LLC hereby waive a notice and a hearing as provided in Chapter 120, Florida Statutes and waive all rights as provided on the last page of this report.

_____
(Signature)

**ACKNOWLEDGEMENT**
A copy of this report has been provided to the person in charge of the food establishment.

I acknowledge receipt of a copy of this document.

_____  |  _____
Signature of FDACS Representative  |  Signature of Representative
FREDA HADID, ENVIRONMENTAL SPECIALIST II  |  Mr. Brett Sandman, Pres.
  |  Print Name and Title

Novelette Williams-Brown, Environmental Specialist II

FDACS-14325 Rev. 05/22