DIVISION OF FOOD SAFETY
(850) 245-5520



THE CONNER BUILDING
3125 CONNER BOULEVARD
TALLAHASSEE, FLORIDA 32399-1650

# FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES
## COMMISSIONER WILTON SIMPSON

July 1, 2023

### NOTICE TO ALL HEMP FOOD ESTABLISHMENTS

The 2023 Legislature passed Senate Bill 1676 revising the State Hemp Program as set forth in section 581.217, Florida Statutes. The law went into effect on July 1, 2023, and all Hemp Food Establishments must comply with the new requirements as of that date.

The new law provides that hemp products and the packaging, labeling and advertisement thereof may not be "attractive to children." Additional packaging requirements, including compliance with the United States Poison Prevention Packaging Act of 1970, are also included.

The full text of the changes to be incorporated into section 581.217, Florida Statutes, is available online here: http://laws.flrules.org/2023/299

Upon publishing of the 2023 Florida Statutes, section 581.217 will be available at:
http://www.leg.state.fl.us/Statutes/index.cfm?App_mode=Display_Statute&Search_String=&URL=0500-0599/0581/Sections/0581.217.html

The Department will begin the rulemaking process to implement these new provisions shortly. Updates regarding revised rules will be provided by the Department, and when the rulemaking process begins, you may monitor rule changes by visiting the Florida Administrative Register and searching for Rule 5K-4.034, *Florida Administrative Code.* The Florida Administrative Register is available at:  https://www.flrules.org/default.asp.