UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-62081-CV-WILLIAMS

JUST BRANDS LLC,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Patrick M. Hunt's Report and Recommendation (DE 16) ("**Report**") on Plaintiff's Sealed *Ex Parte* Emergency Motion for Injunctive Relief (DE 13) ("**Motion**").  In the Report, Magistrate Judge Hunt recommends that the Court deny Plaintiff's Motion (DE 13).  Specifically, the Report finds Plaintiff failed to meet any of the threshold requirements to qualify for an *ex parte* temporary restraining order.  (DE 16 at 4.)  Further, Magistrate Judge Hunt recommends all filings relating to Plaintiff's Motion be unsealed in light of Plaintiff's admission that there was no reason for its filings to be sealed.  (*Id.*)  No objections were filed to the Report, and the time to do so has passed.  Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 16) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Sealed *Ex Parte* Emergency Motion for Injunctive Relief (DE 13) is **DENIED**.

3. The Clerk of Court is directed to **UNSEAL** Plaintiff's Sealed *Ex Parte* Emergency Motion for Injunctive Relief (DE 13) and all filings related to Plaintiff's Motion (DE 13).

**DONE AND ORDERED** in Chambers in Miami, Florida, this 24th day of November, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE