UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-62081-CV-WILLIAMS

JUST BRANDS LLC,

    Plaintiff,

v.

FLORIDA DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Patrick M. Hunt's Report and Recommendation (DE 29) ("***Report***") on Plaintiff's Renewed Motion for Injunctive Relief (DE 24) ("***Motion***").  In the Report, Magistrate Judge Hunt recommends that the Court deny Plaintiff's Motion (DE 24).  Specifically, the Report finds Plaintiff failed to meet any of the threshold requirements to justify the issuance of a preliminary injunction or a temporary restraining order.  (DE 29 at 2.)  Plaintiff filed Objections to the Report (DE 33) and Defendants filed a Response to Plaintiff's Objections (DE 35).  The Court conducted a *de novo* review of the portions of the Report to which Plaintiff objected and a review of the remainder of the Report for clear error.

Having carefully reviewed the Report, the Objections, the record, and applicable law, it is **ORDERED AND ADJUDED** as follows:

1. The Report (DE 29) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Renewed Motion for Injunctive Relief (DE 24) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 21st day of December, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE