**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. 0:23-cv-62081-KMW**

JUST BRANDS LLC,

       Plaintiff,

vs.

FLORIDA DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES and WILTON
SIMPSON, in his official capacity as Florida
Commissioner of Agriculture,

       Defendants.
_____ /

**NOTICE OF APPEAL**

       NOTICE IS HEREBY GIVEN that Plaintiff, JUST BRANDS LLC, hereby appeals to the

United States Court of Appeals for the Eleventh Circuit from U.S. District Court, Judge, Kathleen

M. Williams,' Order [D.E. 37] adopting U.S. Magistrate Judge, Patrick M. Hunt's, Report and

Recommendations [D.E. 29] denying Plaintiff's Renewed Motion for Injunctive Relief [D.E. 24].

       Dated: January 19, 2024

                                    **TIRADO-LUCIANO & TIRADO**
                                    2655 Le Jeune Rd., Suite 1109
                                    Coral Gables, FL 33134
                                    Tel: (305) 390-2320
                                    Fax: (305) 390-2321

                                    By: */s/ Alex Tirado-Luciano*
                                    ALEX TIRADO-LUCIANO, ESQ.
                                    Florida Bar No.: 70894
                                    atl@TLTirado.com
                                    MONICA TIRADO, ESQ.
                                    Florida Bar No.: 55877
                                    mt@TLTirado.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of January 2024, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

By: */s/ Alex Tirado-Luciano*
ALEX TIRADO-LUCIANO, ESQ.

*Service List:*

GENEVIEVE HALL (FBN 724661)
DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES
The Mayo Building
407 South Calhoun Street, Suite 520
Tallahassee, FL 32399 (850) 245-1000
Genevieve.Hall@fdacs.gov

DANIEL E. NORDBY (FBN 14588)
DENISE M. HARLE (FBN 81977)
SHUTTS & BOWEN LLP
215 South Monroe Street
Suite 804
Tallahassee, Florida 32301
(850) 241-1717
DNordby@shutts.com
DHarle@shutts.com

*Counsels for Defendants, Florida Department of
Agriculture and Consumer Services*